UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-0879-FLA (JEM) | Date | April 15, 2021 |
|---|---|---|---|
| Title | Kerri Hand v. Annette Jones, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On February 25, 2021, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss ("Dismissal Order"), in which all claims in the Second Amended Complaint were dismissed and Plaintiff was granted leave to amend certain claims and file a Third Amended Complaint ("TAC") within thirty days.

To date, Plaintiff has failed to file a TAC or otherwise communicate with the Court regarding her failure to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a TAC. Plaintiff shall file a written response to this Order to Show Cause no later than **April 29, 2021**. Cause may be shown if Plaintiff files a TAC by this deadline. Plaintiff is reminded that any TAC must be consistent with the Dismissal Order.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |