UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI HAND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANNETTE JONES, et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-00879-FLA (JEMx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. Section 636, the court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. *See* Dkt. 46. No objections to the Report and Recommendation have been filed within the time allowed for objections. The court accepts the findings and recommendations of the Magistrate Judge.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

Dated: June 4, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge