JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI HAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANNETTE JONES, et al., <br><br> Defendants. | Case No. 5:20-cv-00879-FLA (JEMx) <br><br> **JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 4, 2021

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge